UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREENFIELD LAND COMPANY,

    Plaintiff,

vs                                                    Case No: 12-14175
                                                    Honorable Victoria A. Roberts

SENTINEL INSURANCE COMPANY,
LIMITED,

    Defendant.
_____/

## ORDER

      Plaintiff filed a Second Motion to Compel Discovery and For Imposition of Discovery Sanctions. On Tuesday, July 9, 2013, the Court held a telephone conference. Attending were Keefe Brooks representing the Plaintiff and Michael Small representing the Defendant. Based on the discussion held, the Motion is **GRANTED IN PART**. The Court orders:

      1. Defendant must fully comply with this Court's order entered on April 12, 2013. The Court understands that at a recent deposition, the Defendant's Rule 30(b)(6) witness spoke of photographs taken which had not been produced, and e-mails and proofs of loss which had not yet been produced. Subsequent to that deposition, Defendant produced photographs and portions of a file which had not been part of its previous "electronic" production. Defendant is ordered to search all files -- electronic and paper -- to determine if there are any more documents responsive to the Plaintiff's February, 2013 interrogatories and request for production. This production must be made on or before July 12, 2013.

2. Defendant will produce its Rule 30(b)(6) witness for a re-deposition in the Detroit, Michigan area; Defendant is to bear the cost of this re-deposition.

3. The Court **REFERS** the balance of Plaintiff's motion to Magistrate Judge . The Magistrate Judge will prepare an order with a recommendation to the Court concerning Plaintiff's request for sanctions, preclusion of evidence at trial and for costs and fees.

**IT IS ORDERED**.

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  July 11, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 11, 2013.

s/Linda Vertriest
Deputy Clerk