UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREENFIELD LAND COMPANY,

      Plaintiff,

                        CASE NO.  2:12-CV-14175
                        JUDGE VICTORIA A. ROBERTS
                        MAGISTRATE JUDGE PAUL J. KOMIVES

  v.

SENTINEL INSURANCE COMPANY,
LIMITED,

      Defendant.
_____/

## SCHEDULING ORDER REGARDING PLAINTIFF'S JUNE 27, 2013 SECOND MOTION TO COMPEL DISCOVERY AND FOR IMPOSITION OF DISCOVERY SANCTIONS (Doc. Ent. 19)

Currently before the Court is plaintiff's June 27, 2013 second motion to compel discovery and for imposition of discovery sanctions (Doc. Ent. 19).  On July 11, 2013, Judge Roberts entered an order (Doc. Ent. 22) granting in part plaintiff's second motion to compel discovery and for imposition of discovery sanctions (Doc. Ent. 19).  At the same time, Judge Roberts referred the balance of plaintiff's motion to me for entry of "an order with a recommendation to the Court concerning Plaintiff's request for sanctions, preclusion of evidence at trial and for costs and fees."  Doc. Ent. 22 at 2 ¶ 3.

Upon consideration, any response by defendant to the remaining portion of plaintiff's June 27, 2013 motion (Doc. Ent. 19) is due on or before Friday, August 2, 2013.  Any reply by plaintiff shall be filed in accordance with E.D. Mich. LR 7.1.

IT IS SO ORDERED.

The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of

fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).


Dated: July 22, 2013	s/ Paul J. Komives
	PAUL J. KOMIVES
	UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on July 22, 2013, electronically and/or by U.S. mail.

	s/Michael Williams
	Relief Case Manager for the
	Honorable Paul J. Komives.